OPINION — AG — THE MAXIMUM PERMISSIBLE RATE OF INTEREST IN OKLAHOMA FOR ALL LOANS OTHER THAN " CONSUMER LOANS " AND " CONSUMER RELATED LOANS " UNDER THE UNIFORM CONSUMER CREDIT CODE IS FORTY — FIVE PERCENT (45%) PER ANNUM CALCULATED ACCORDING TO THE ACTUARIAL METHOD. CITE: 14A O.S. 1971 [14A-1971], 3-605 [14A-3-605], 14A O.S. 1971 5-107 [14A-5-107](2), ARTICLE XIV, SECTION 2 (CONSUMER CREDIT) (JOHN PAUL JOHNSON) 14A O.S. 1-101 [14A-1-101].